# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -02417(1) |
| | § |
| (1) Ahmad Faheem Majeed | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On September 30, 2022, the defendant, Ahmad Faheem MAJEED, a citizen of Afghanistan, was arrested in Maverick County, Texas, within the Western District of Texas, for failure to report. MAJEED was apprehended by United States Border Patrol Agents shortly after illegally wading across the Rio Grande River near Eagle Pass, Texas. MAJEED had no documents that would allow him to be or remain in the United States legally. Furthermore, MAJEED did

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Pena, Luis A
Signature of Complainant
Pena, Luis A
Border Patrol Agent

10/11/2022    at    DEL RIO, Texas
File Date                                         City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02417(1)

(1) Ahmad Faheem Majeed

**Continuation of Statement of Facts:**

not present himself for inspection at a designated border crossing point or port of entry."

_____  /s/ Pena, Luis A
Signature of Judicial Officer  Signature of Complainant